113

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 9 2019

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. M-19-2340 |
| | § | |
| ERASMO LOYA | § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

From on or about November 2016 to on or about June 22, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### ERASMO LOYA

being a public official, that is, a Correctional Officer, at the East Hidalgo Detention Center, a correctional facility under contract with the United States Marshals Service to house federal inmates, did directly and indirectly, corruptly demand, seek, receive, accept, or agree to receive or accept anything of value, namely United States currency, personally or for any other person or entity, in return for being influenced in the performance of an official act and being induced to do an act and omit to do an act in violation of his official duty, that is to bring contraband into the correctional facility and distributing the contraband to federal inmates.

In violation of Title 18, United States Code, Section 201(b)(2)(C) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY