| | |
|---|---|
| U.S. Department of Justice<br>Washington, D.C.<br>11/13/2019/aa | Criminal Docket |

McALLEN Division    CR. No. **M-19-2340**

**SEALED INDICTMENT** Filed: November 19, 2019    Judge: MICAELA ALVAREZ

County: Hidalgo
Lions #: **2019R30160**

Attorneys:

UNITED STATES OF AMERICA    RYAN K. PATRICK, UNITED STATES ATTORNEY

v.    AMY L. GREENBAUM, ASST. U.S. ATTORNEY

ERASMO LOYA --WARRANT—    Ct. 1

Charge(s):  Ct. 1:  Bribery: Public Official Accepting a Bribe
Title 18, United States Code, Section 201(b)(2)(C) and Title 18, United States Code, Section 2

Total Counts **(1)**

Penalty:  Ct. 1:  Imprisonment for not more than 15 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency:  Office of Inspector General - Rose Medina - 2019-003409

Date    Proceedings