United States District Court
Southern District of Texas
**ENTERED**
May 01, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-2340-1 |
| | § | |
| ERASMO EDUARDO LOYA | § | |

## ORDER

The Court considers Defendant's May 4, 2020 final pretrial conference. The Court takes judicial notice of the proclamations and orders of various authorities recognizing a health emergency and limiting travel and person-to-person contact.[1] Thus, the Court hereby **CONTINUES** the final pretrial conference to ***May 27, 2020, at 2:00 p.m.*** and jury selection to ***June 2, 2020, at 9:00 a.m.*** in the Ninth Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83 McAllen, Texas.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 1st day of May, 2020.

_____
Micaela Alvarez
United States District Judge

---

[1] *See* Proclamation No. 9994, 85 Fed. Reg. 15,337 (Mar. 13, 2020) (Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak); Tex. Exec. Order No. GA 08 (Mar. 19, 2020) (Relating to COVID-19 preparedness and mitigation); Hidalgo Cty., Tex., Shelter-at-Home Order, https://www.hidalgocounty.us/DocumentCenter/View/36748/3252020-Final-Modified-Emergency-Orders (eff. Mar. 26, 2020); *Restrictions On Visitors To The McAllen U.S. Courthouse During The COVID-19 Pandemic*, Gen. Order No. M-2020-1 (Mar. 20, 2020), https://www.txs.uscourts.gov/sites/txs/files/Special%20Order%20M-2020-1%20Restrictions%20on%20Visitors%20to%20McAllen%20During%20COVID-19.pdf.