United States District Court
Southern District of Texas
**ENTERED**
May 26, 2020
David J. Bradley, Clerk

United States District Court
Southern District of Texas
FILED
MAY 26 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-2340 |
| ERASMO EDUARDO LOYA | § § | |

### ORDER

Came on to be considered Erasmo Eduardo Loya's "Unopposed Motion for Continuance" [*Dkt. No. 24*]. The Court, after considering same, finds that the failure to grant the motion would likely make a continuation of such proceeding impossible or result in a miscarriage of justice and, consequently, finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is therefore, ORDERED that the motion is hereby **GRANTED** and this case is continued for the reasons stated above.

It is further ORDERED that the Final Pretrial previously set for May 26, 2020, at 2:00 p.m. is hereby reset for *August 3, 2020, at 9:00 a.m.* and Jury Selection previously set for June 2, 2020, at 9:00 a.m. is hereby reset for *August 4, 2020, at 9:00 a.m.* in the Ninth Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83 McAllen, Texas.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 26 day of May, 2020.

_____
Micaela Alvarez
United States District