United States District Court
Southern District of Texas
**FILED**

JUN 0 1 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. M-19-2340 |
| | § | |
| ERASMO EDUARDO LOYA | § | |

## CRIMINAL INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

From on or about November 2016 to on or about June 22, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ERASMO EDUARDO LOYA**

contrary to Texas Penal Code § 38.11, which prohibits the provision of a controlled substance to an inmate in a correctional facility, provided and attempted to provide a prohibited object, to wit: cocaine, a Schedule II controlled substance, to Erick Alan Torres Davila, an inmate of the East Hidalgo Detention Center, a correctional facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General.

In violation of Title 18, United States Code, Section 1791(a)(1) and (b)(2) and Title 18, United States Code, Section 2.

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

Amy L. Greenbaum
ASSISTANT UNITED STATES ATTORNEY