**U.S. Department of Justice**                                                    Criminal Docket
Washington, D.C.
6/1/2021 alg
_____

_____McALLEN_____ Division                      CR. No. _____M-19-2340_____

**INFORMATION**   Filed: June 6, 2021          Judge: _____Micaela Alvarez_____
County: Hidalgo
Lions #: **2019R30160**                          Attorneys:
UNITED STATES OF AMERICA                          JENNIFER B. LOWERY, ACTING U.S. ATTORNEY

v.                                                AMY L. GREENBAUM, ASST. U.S. ATTORNEY

ERASMO EDUARDO LOYA                               Ct. 1          SERGIO J. SANCHEZ, (956) 687-7700


Charge(s):        Ct. 1:    Providing Contraband in Prison
                            Title 18, United States Code, Section 1791(a)(1) and (b)(2) and Title 18 United States
                            Code, Section 2.


Total
Counts
**(1)**


Penalty:          Ct. 1:    Imprisonment for not more than 10 yrs. and/or a fine not to exceed $250,000 and not
                            more than a 3 yr. SRT

Agency:           Office of Inspector General – Rose Medina – 2019-003409


                                            Proceedings
Date
_____

_____

_____

_____

_____